# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Precision Metals Corp. ) ASBCA Nos. 61187, 61188
)
Under Contract Nos. SPE7L4-14-M-1448 )
SPE7L4-15-M-3453 )

APPEARANCE FOR THE APPELLANT: Mr. Tony Figlozzi
Vice President

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Matthew O. Geary, Esq.
Trial Attorney
DLA Land and Maritime
Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61187, 61188, Appeals of Precision Metals Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals